AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| RUBEL, TROY A | Case No.   10-po-21-slc |
| | USM No. |
| DAKOTA CITY, IA 50529 | Jonas Bednarek |
| | Defendant's Attorney |

**THE DEFENDANT:** RUBEL, TROY A

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:13-7210.P | Operating motor vehicle while intoxicated | | |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $160.00 | $ 10.00 | $ 150.00 | $ |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
DAKOTA CITY, IA

2/13/2014
Date of Imposition of Judgment

Signature of Judge

Magistrate Judge Stephen L. Crocker
Name and Title of Judge

2/19/14
Date